DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
KENDRA G. BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD JAMES, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-MJ-00295-KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| v. | ) | EXTENSION OF TIME TO SELF SURRENDER |
| | ) | |
| DONALD JAMES, SR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant, DONALD JAMES SR., through counsel, hereby requests a six-week extension of his self-surrender date from March 23, 2012 to May 4, 2012, at 4:00 p.m.

    The Probation Office is requesting an extension of six-weeks in order to allow for enough time for the Central District to open Mr. James' case and to allow for the referral to BOP. Additionally, Mr. James is requesting this extension since he has not been designated by BOP.

    Special Assistant United States Attorney David Petersen stipulates to the Court extending the self surrender date to May 4, 2012. Mr. James requests that this Court vacate the self-surrender date of March 23, 2012, and enter an Order extending the self-surrender date six weeks to May 4, 2012.

///

Dated: March 21, 2011                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DONALD JAMES, SR.

/s/ Kendra G. Bertschy
KENDRA G. BERTSCHY
Certified Student Attorney

**O R D E R**

The self-surrender date of March 23, 2012 is vacated. Defendant, DONALD JAMES, SR., shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service before or no later than May 3, 2012, by 4:00 p.m.

DATED: March 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE