DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
KENDRA G. BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD JAMES, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-MJ-00295-KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO SELF SURRENDER |
| DONALD JAMES, SR., | |
| Defendant. | |

    Defendant, DONALD JAMES SR., through counsel, hereby requests a one-week extension of his self-surrender date from May 4, 2012, to May 11, 2012 at 4:00 p.m.

    On May 2, 2012 Mr. James was designated by the Federal Bureau of Prisons to the Yuba County Jail, located at 215 Fifth Street, Marysville, California 95901. Mr. James lives in Hayward, California, which is 132 miles from the Yuba County Jail. Mr. James received notice of his designation when he came home at 9:00 p.m. yesterday, May 3, 2012. Mr. James requests a one week extension to self-surrender in order to allow him reasonable time to arrange transportation from Hayward to Marysville.

    Accordingly, the parties jointly request that this Court vacate the self-surrender date of May 4,

2012, and enter an Order extending the self-surrender date one week to May 11, 2012.

Dated:  May 4, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DONALD JAMES, SR.

/s/ Kendra G. Bertschy
KENDRA G. BERTSCHY
Certified Student Attorney

Dated:  May 4, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ David Petersen
DAVID PETERSEN
Special Assistant U.S. Attorney

# O R D E R

The self-surrender date of May 4, 2012 is vacated.  Defendant, DONALD JAMES, SR., shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service by May 11, 2012 by 4:00 p.m.

DATED: May 4, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE